Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Viridiana Corrales**, an Arizona resident; and **Ardelis Vargas,** an Arizona resident;<br><br>Plaintiffs,<br><br>v.<br><br>**Badger Productions, LLC d/b/a Monarch Club - Solistic**, an Arizona company; and **Sean Badger,** an Arizona resident;<br><br>Defendants. | Case No. 2:18-cv-04168-JJT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**(Assigned to the Hon. John J. Tuchi )** |

Plaintiffs and Defendants stipulate to the dismissal of all claims in this case, with prejudice, and with each party to bear their own attorneys' fees and costs. A proposed Order of Dismissal with Prejudice is being lodged with this Stipulation.

///

///

///

RESPECTFULLY SUBMITTED April 8, 2019.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiffs

**MAYNARD CRONIN ERICKSON CURRAN & REITER P.L.C.**

By: /s/ Jennifer Reiter (w/ permission)
Jennifer Reiter
3200 N. Central Avenue, Ste. 1800
Phoenix, AZ 85012
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2019, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke